**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 11-01184-CAD |
|---|---|---|
| | § | |
| DANIEL C. UNOLD | § | |
| JULIE F. UNOLD | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/23/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/01/2012         By:  /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST-Form 101-7-NFR (5/1/2011)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-01184-CAD |
| | § | |
| DANIEL C. UNOLD | § | |
| JULIE F. UNOLD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $9,009.28
*and approved disbursements of*  $4,337.84
*leaving a balance on hand of[1]:*  $4,671.44

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $4,671.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,177.32 | $0.00 | $1,177.32 |
| David P. Leibowitz, Trustee Expenses | $12.86 | $0.00 | $12.86 |

Total to be paid for chapter 7 administrative expenses:  $1,190.18
Remaining balance:  $3,481.26

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $3,481.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,481.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $96,510.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $6,679.83 | $0.00 | $240.94 |
| 2 | TARGET NATIONAL BANK | $2,610.32 | $0.00 | $94.16 |
| 3 | Chase Bank USA, N.A. | $8,565.41 | $0.00 | $308.97 |
| 4 | Chase Bank USA, N.A. | $11,750.36 | $0.00 | $423.85 |
| 5 | Chase Bank USA, N.A. | $7,117.29 | $0.00 | $256.73 |
| 6 | American Express Bank, FSB | $2,832.93 | $0.00 | $102.19 |
| 7 | US Dept of Ed - Direct Lns | $55,552.25 | $0.00 | $2,003.85 |
| 8 | GE Money Bank/ OLD Navy | $984.82 | $0.00 | $35.52 |
| 9 | GE Money Bank/ GAP | $417.09 | $0.00 | $15.05 |

Total to be paid to timely general unsecured claims: $3,481.26
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                       United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 11-01184-CAD
Daniel C. Unold                                                 Chapter 7
Julie F. Unold
        Debtors             CERTIFICATE OF NOTICE
District/off: 0752-1         User: rmarola              Page 1 of 2              Date Rcvd: Feb 02, 2012
                             Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2012.
db/jdb        +Daniel C. Unold,    Julie F. Unold,    11133 Avenue J,    Chicago, IL 60617-6910
16665473      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
17085433       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16665483      +Carson Pirie Scott/HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
16665475      +Chase,    PO Box 7090,   Mesa, AZ 85216-7090
16665471      +Chase,    PO Box 24696,   Columbus, OH 43224-0696
16665474      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
16992685       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16665476      +CitiCards/CitiBank,    PO Box 6500,    Sioux Falls, SD 57117-6500
16665470      +GMAC Mortgage,    PO Box 4622,   Waterloo, IA 50704-4622
16665479      +HSBC Bank,    PO Box 5253,   Carol Stream, IL 60197-5253
16665484      +Macys,   PO Box 8218,    Mason, OH 45040-8218
16665480       Menards,    PO Box 15524,   Wilmington, DE 19850
16665472      +Synergy Partners Cr Un,    11615 S. Avenue O,    Chicago, IL 60617-7392
16665481      +Target Corp.,    PO Box 673,   Minneapolis, MN 55440-0673
16665485      +US Dept of Ed - Direct Lns,    PO Box 5609,    Greenville, TX 75403-5609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16665477       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 03 2012 03:51:44      Discover Financial Svcs,
                 PO Box 15316,    Wilmington, DE 19850
16930937       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 03 2012 03:51:44      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17296018       E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:40:06      GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16665482      +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:42:26      GE Money Bank/GAP,    PO Box 981400,
                 El Paso, TX 79998-1400
16665478      +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:42:00      GEMB/Old Navy,    PO Box 981400,
                 El Paso, TX 79998-1400
16948441      +E-mail/Text: bncmail@w-legal.com Feb 03 2012 02:20:05      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: rmarola              Page 2 of 2            Date Rcvd: Feb 02, 2012
                               Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2012 at the address(es) listed below:

```
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Martin J O'Hearn    on behalf of Debtor Daniel Unold martinohearnlaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```