**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-01184-CAD |
| | § | |
| DANIEL C. UNOLD | § | |
| JULIE F. UNOLD | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $154,700.00 | Assets Exempt: | $38,850.00 |
| Total Distributions to Claimants: | $3,481.26 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,228.02 | | |

3) Total gross receipts of $9,009.28 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,300.00 (see **Exhibit 2),** yielded net receipts of $4,709.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $232,054.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,228.02 | $1,228.02 | $1,228.02 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $122,526.00 | $96,510.30 | $96,510.30 | $3,481.26 |
| **Total Disbursements** | $354,580.00 | $97,738.32 | $97,738.32 | $4,709.28 |

    4). This case was originally filed under chapter 7 on 01/12/2011. The case was pending for 17 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: 06/11/2012        By:  /s/ David P. Leibowitz
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund - Less Child care credits of $2,000.00 | 1124-000 | $9,009.00 |
| Interest Earned | 1270-000 | $0.28 |
| **TOTAL GROSS RECEIPTS** | | $9,009.28 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Daniel & Julie Unold | Exemptions | 8100-002 | $4,300.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,300.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $85,151.00 | NA | $0.00 | $0.00 |
| | GMAC Mortgage | 4110-000 | $102,872.00 | NA | $0.00 | $0.00 |
| | Synergy Partners Cr Un | 4110-000 | $44,031.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $232,054.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,177.32 | $1,177.32 | $1,177.32 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $12.86 | $12.86 | $12.86 |
| Green Bank | 2600-000 | NA | $37.84 | $37.84 | $37.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,228.02 | $1,228.02 | $1,228.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $6,679.00 | $6,679.83 | $6,679.83 | $240.94 |
| 2 | TARGET NATIONAL BANK | 7100-900 | NA | $2,610.32 | $2,610.32 | $94.16 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $8,552.00 | $8,565.41 | $8,565.41 | $308.97 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $11,750.00 | $11,750.36 | $11,750.36 | $423.85 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $7,063.00 | $7,117.29 | $7,117.29 | $256.73 |
| 6 | American Express Bank, FSB | 7100-900 | NA | $2,832.93 | $2,832.93 | $102.19 |
| 7 | US Dept of Ed - Direct Lns | 7100-000 | NA | $55,552.25 | $55,552.25 | $2,003.85 |
| 8 | GE Money Bank/ OLD Navy | 7100-900 | NA | $984.82 | $984.82 | $35.52 |
| 9 | GE Money Bank/ GAP | 7100-900 | $417.00 | $417.09 | $417.09 | $15.05 |
| | 106173xxxx | 7100-000 | $498.00 | NA | NA | $0.00 |
| | 3499906654369133xxxx | 7100-000 | $2,950.00 | NA | NA | $0.00 |
| | 354767xxxx | 7100-000 | $47,499.00 | NA | NA | $0.00 |
| | 400400502xxxx | 7100-000 | $1,943.00 | NA | NA | $0.00 |
| | 437848216xxxx | 7100-000 | $300.00 | NA | NA | $0.00 |
| | 542418074325xxxx | 7100-000 | $25,168.00 | NA | NA | $0.00 |
| | 549944109307xxxx | 7100-000 | $4,958.00 | NA | NA | $0.00 |
| | 600430010393xxxx | 7100-000 | $1,380.00 | NA | NA | $0.00 |
| | 601859603474xxxx | 7100-000 | $808.00 | NA | NA | $0.00 |
| | 64737xxxx | 7100-000 | $2,561.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $122,526.00 | $96,510.30 | $96,510.30 | $3,481.26 |

**UST Form 101-7-TDR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 11-01184-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | UNOLD, DANIEL C. AND UNOLD, JULIE F. | Date Filed (f) or Converted (c): | 01/12/2011 (f) |
| For the Period Ending: | 6/11/2012 | §341(a) Meeting Date: | 02/28/2011 |
| | | Claims Bar Date: | 06/01/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single Family Residence 11133 Avenue J Chicago, IL 60617 | $140,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Single Family Residence (rental prop) 3732 Evergreen Street Hobart, IN 46342 | $40,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Funds in Debtor's possession | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 4  Funds in Debtor's bank | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 5  Furniture and appliances in Debtor's residence X | $1,150.00 | $1,150.00 | DA | $0.00 | FA |
| 6  Clothing | $50.00 | $50.00 | DA | $0.00 | FA |
| 7  Wedding and Engagement Ring X X | $300.00 | $300.00 | DA | $0.00 | FA |
| 8  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | $3,000.00 | $3,000.00 | DA | $0.00 | FA |
| 9  2004 Ford Freestar (55,000 miles, scratches, dents, body & bumper damage) $5,000.00 1998 Ford Explorer (115,000 miles, scratches, dents, mechanical problems) $1,550.00 | $6,550.00 | $0.00 | DA | $0.00 | FA |
| 10  Income Tax Refund - Less Child care credits of $2,000.00 | $0.00 | $4,709.00 | DA | $9,009.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | DA | $0.28 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $193,550.00 | $11,709.00 | | $9,009.28 | $0.00 |

**Major Activities affecting case closing:**

Prepare tax Intercept. DA will amend B&C for tax refund.  Will try and print out phone bill for possible FDCPA claim.  Will work wth Jim Simon w/ claim.
TFR Completed for Trustee's review.
TFR filed.

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/01/2012 | | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 06/01/2012 | | DAVID LEIBOWITZ | |

| Case No. | 11-01184-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | UNOLD, DANIEL C. AND UNOLD, JULIE F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2525 | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | ******2526 | Account Title: | DDA |
| For Period Beginning: | 1/12/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,709.28 | | $4,709.28 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.47 | $4,707.81 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $6.61 | $4,701.20 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.58 | $4,693.62 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.81 | $4,685.81 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.07 | $4,678.74 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.30 | $4,671.44 |
| 02/24/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $12.86 | $4,658.58 |
| 02/24/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,177.32 | $3,481.26 |
| 02/24/2012 | 5003 | Discover Bank | Claim #: 1; Amount Claimed: 6,679.83; Amount Allowed: 6,679.83; Distribution Dividend: 3.61; | 7100-900 | | $240.94 | $3,240.32 |
| 02/24/2012 | 5004 | TARGET NATIONAL BANK | Claim #: 2; Amount Claimed: 2,610.32; Amount Allowed: 2,610.32; Distribution Dividend: 3.61; | 7100-900 | | $94.16 | $3,146.16 |
| 02/24/2012 | 5005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 8,565.41; Amount Allowed: 8,565.41; Distribution Dividend: 3.61; | 7100-900 | | $308.97 | $2,837.19 |
| 02/24/2012 | 5006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 11,750.36; Amount Allowed: 11,750.36; Distribution Dividend: 3.61; | 7100-900 | | $423.85 | $2,413.34 |
| 02/24/2012 | 5007 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 7,117.29; Amount Allowed: 7,117.29; Distribution Dividend: 3.61; | 7100-900 | | $256.73 | $2,156.61 |
| 02/24/2012 | 5008 | American Express Bank, FSB | Claim #: 6; Amount Claimed: 2,832.93; Amount Allowed: 2,832.93; Distribution Dividend: 3.61; | 7100-900 | | $102.19 | $2,054.42 |
| 02/24/2012 | 5009 | US Dept of Ed - Direct Lns | Claim #: 7; Amount Claimed: 55,552.25; Amount Allowed: 55,552.25; Distribution Dividend: 3.61; | 7100-000 | | $2,003.85 | $50.57 |
| 02/24/2012 | 5010 | GE Money Bank/ OLD Navy | Claim #: 8; Amount Claimed: 984.82; Amount Allowed: 984.82; Distribution Dividend: 3.61; | 7100-900 | | $35.52 | $15.05 |
| 02/24/2012 | 5011 | GE Money Bank/ GAP | Claim #: 9; Amount Claimed: 417.09; Amount Allowed: 417.09; Distribution Dividend: 3.61; | 7100-900 | | $15.05 | $0.00 |
| | | | | **SUBTOTALS** | $4,709.28 | $4,709.28 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Page No: 2
Exhibit 9

Case 11-01184   Doc 29   Filed 06/19/12   Entered 06/19/12 10:17:20   Desc Main
Document   Page 7 of 9

| Case No. | 11-01184-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | UNOLD, DANIEL C. AND UNOLD, JULIE F. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2525 | | Checking Acct #: | ******8401 |
| Co-Debtor Taxpayer ID #: | ******2526 | | Account Title: | DDA |
| For Period Beginning: | 1/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,709.28 | $4,709.28 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,709.28 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $4,709.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $4,709.28 | |

**For the period of 1/12/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,709.28 |
| | |
| Total Compensable Disbursements: | $4,709.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,709.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,709.28 |
| | |
| Total Compensable Disbursements: | $4,709.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,709.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-01184-CAD | |
| **Case Name:** | UNOLD, DANIEL C. AND UNOLD, JULIE F. | |
| **Primary Taxpayer ID #:** | ******2525 | |
| **Co-Debtor Taxpayer ID #:** | ******2526 | |
| **For Period Beginning:** | 1/12/2011 | |
| **For Period Ending:** | 6/11/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Sterling Bank |
| **Money Market Acct #:** | ******1184 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2011 | (10) | United States Treasury | | 1124-000 | $9,009.00 | | $9,009.00 |
| 05/25/2011 | 1001 | Daniel & Julie Unold | Claimed exemptions & Child Care Credit. | 8100-002 | | $4,300.00 | $4,709.00 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.10 | | $4,709.10 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.18 | | $4,709.28 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,709.28 | $0.00 |
| | | | **TOTALS:** | | $9,009.28 | $9,009.28 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $4,709.28 | |
| | | | **Subtotal** | | $9,009.28 | $4,300.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $4,300.00 | |
| | | | **Net** | | $9,009.28 | $0.00 | |

**For the period of 1/12/2011 to 6/11/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $9,009.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,009.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,300.00 |
| Total Comp/Non Comp Disbursements: | $4,300.00 |
| Total Internal/Transfer Disbursements: | $4,709.28 |

**For the entire history of the account between 05/23/2011 to 6/11/2012**

| | |
|---|---:|
| Total Compensable Receipts: | $9,009.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,009.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,300.00 |
| Total Comp/Non Comp Disbursements: | $4,300.00 |
| Total Internal/Transfer Disbursements: | $4,709.28 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-01184-CAD | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | UNOLD, DANIEL C. AND UNOLD, JULIE F. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2525 | | Money Market Acct #: | ******1184 |
| Co-Debtor Taxpayer ID #: | ******2526 | | Account Title: | |
| For Period Beginning: | 1/12/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $9,009.28 | $9,009.28 | $0.00 |

**For the period of 1/12/2011 to 6/11/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $9,009.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,009.28 |
| Total Internal/Transfer Receipts: | $4,709.28 |
| | |
| Total Compensable Disbursements: | $4,709.28 |
| Total Non-Compensable Disbursements: | $4,300.00 |
| Total Comp/Non Comp Disbursements: | $9,009.28 |
| Total Internal/Transfer Disbursements: | $4,709.28 |

**For the entire history of the case between 01/12/2011 to 6/11/2012**

| | |
| --- | --- |
| Total Compensable Receipts: | $9,009.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,009.28 |
| Total Internal/Transfer Receipts: | $4,709.28 |
| | |
| Total Compensable Disbursements: | $4,709.28 |
| Total Non-Compensable Disbursements: | $4,300.00 |
| Total Comp/Non Comp Disbursements: | $9,009.28 |
| Total Internal/Transfer Disbursements: | $4,709.28 |